No. 821, Misc.   HOLLAND v. SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 874, Misc.   RISER v. TEETS, WARDEN.   C. A. 9th Cir.   Certiorari denied.   *George T. Davis* for petitioner.

No. 88.   THOMAS v. ARIZONA, 356 U. S. 390;

No. 868.   AQUA HOTEL CORP. ET AL. v. MCLAUGHLIN, TRUSTEE IN REORGANIZATION, ET AL., 356 U. S. 965;

No. 898.   MCKINNEY v. KELLEY, 356 U. S. 972;

No. 909.   GIARDANO ET AL. v. UNITED STATES, 356 U. S. 973;

No. 913.   CRUMP v. ILLINOIS, *ante*, p. 906;

No. 914.   GERNIE ET AL. v. UNITED STATES, 356 U. S. 968;

No. 942.   HOOVER v. UNITED STATES, 356 U. S. 960;

No. 980.   MORRISON, MAYOR OF NEW ORLEANS, ET AL. v. DAVIS ET AL., 356 U. S. 968; and

No. 455, Misc.   PRATT v. DEPARTMENT OF THE ARMY ET AL., 356 U. S. 226.   Petitions for rehearing denied.

No. 21.   INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW–CIO) ET AL. v. RUSSELL, 356 U. S. 634; and

No. 31.   INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. v. GONZALES, 356 U. S. 617.   Petitions for rehearing denied.   MR. JUSTICE BLACK took no part in the consideration or decision of these applications.

No. 864.   SPRIGGS v. PIONEER CARISSA GOLD MINES, INC., ET AL., 356 U. S. 950.   Motion for leave to file petition for rehearing denied.